1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS JERRETT,

Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of
Social Security,

Defendant.

Case No. C13-2140 RSL-BAT

**ORDER REVERSING THE
COMMISSIONER AND
REMANDING FOR FURTHER
PROCEEDINGS**

13    The Court, having reviewed plaintiff's Complaint, the Report and Recommendation of

14   the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record,

15   ORDERS:

16    1.    The Court adopts the Report and Recommendations;

17    2.    The final decision of the Commissioner is **REVERSED** and **REMANDED** for

18   further proceedings consistent with the Report and Recommendation.

19    3.    The Clerk shall send a copy of this Order to the parties.

20    DATED this 15th day of July, 2014.

21

22    _Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

23